# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No.: 23-2825-eg |
| Larry Lester Brown and Deloris Jenkins Brown, | Chapter 13 |
| Debtor(s). | |

## **ORDER AUTHORIZING POST-PETITION DEBT**

This matter came before the Court on the Debtors' request to incur debt in order to purchase a newer, more reliable automobile. Debtors seek to borrow no greater than $30,000.00. Debtors will pay the monthly payment directly to the post-petition creditor. It appearing that the Chapter 13 Trustee has been advised of the proposed transaction and has either consented to the transaction or did not file an objection, the Court approves the request to incur post-petition debt as indicated herein.

The Debtors shall file a notice of post-confirmation transaction within ten (10) days after the loan closing.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**07/23/2024**



Entered: 07/23/2024

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina